IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

---

JOSEPH SURMAN,

        Plaintiff,                      Hon. Richard Alan ENSLEN

vs.                                           Case No. 1:06 CV 0312

JANE BARAGAR, CHERYL L.
STERLING and KATHY PALKA,

        Defendants.

---

| Roger W. Boer (P10926) | Karen M. Boer (P51276) | Mark F. Haslem (P45432) |
|---|---|---|
| Attorney for Plaintiff | Mikhail Albuseiri (P56529) | Co-counsel for Plaintiff |
| **ROGER W. BOER, PLLC** | Co-Counsel for Plaintiff | **MARK F. HASLEM, P.C.** |
| 161 Ottawa Ave., N.W. | **ALBUSEIRI & BOER, P.C.** | 220 Lyon Sq., N.W. |
| Suite 502-D | 161 Ottawa Ave., N.W. | Suite 450 |
| Grand Rapids, MI 49503 | Suite 206 | Grand Rapids, MI 49503 |
| (616) 742-1000 | Grand Rapids, MI 49503 | (616) 742-6732 |
| | (616) 459-0799 | |
| Joel E. Krissoff (P16248) | Karl W. Butterer, Jr. | John M. Lichtenberg |
| Michelene B. Pattee (P48003) | (P51448) | (P31770) |
| Attorneys for Def. Sterling | Attorney for Defendant Palka | **RHOADES MCKEE** |
| **FARR OOSTERHOUSE & KRISSOFF** | **SMITH HAUGHEY RICE & ROEGGE** | 161 Ottawa Ave., N.W. |
| 125 Ottawa Ave., N.W. | 250 Monroe Ave., N.W. | Suite 600 |
| Suite 333 | Suite 200 | Grand Rapids, MI 49503 |
| Grand Rapids, MI 49503 | Grand Rapids, MI 49503 | (616) 235-3500 |
| (616) 459-3355 | (616) 774-8000 | |

Eugenue B. Eardley (P48615)
Attorney for Defendant Baragar
**EARDLEY LAW OFFICES, P.C.**
P.O. Box 830
Cannonsburg, MI 49317-0830
(616) 874-2674

---

### PLAINTIFF'S LEGAL SUPPLEMENT RE: DEFENDANT BARAGAR

To prove conspiracy between private parties and the government under 42 USC §1983, an agreement or 'meeting of the minds' to violate constitutional rights must be shown." <u>Adickes v. S.H. Kress & Co.</u>, 398 U.S. 144, 158 (1970). For purposes of establishing a prima facie case of liability, "nothing more than an 'understanding' and 'willful participation' between private and state defendants is necessary to show the kind of joint action that will subject private parties to §1983 liability[,]" <u>Bendiburg v. Dempsey</u>, 909 F.2d 463, 469 (11th Cir. 1990), and the plaintiff is not required "to produce a 'smoking gun' to establish the 'understanding' or 'willful participation' required to show a conspiracy . . . ." <u>Rowe v. City of Ft. Lauderdale, Fl.</u>, 279 f.3d 1271, 1283-1284 (11th Cir. 2002). Similarly, Plaintiff has not found any case law that would require <u>equal</u> participation among the co-conspirators in order for 42 USC §1983 joint action liability to attach to <u>each</u> <u>and</u> <u>every</u> co-conspirator.

For the foregoing reasons, Plaintiff submits that his earlier briefings to this Court regarding 42 USC §1983 liability attaching to the conduct and actions of Defendant Palka and Defendant Sterling are equally applicable to the conduct and actions of co-conspirator and co-defendant Baragar.

                                      Respectfully Submitted,

Dated: July 21, 2006                  /s/ Roger W. Boer
                                           Roger W. Boer (P10926)
                                           Attorney for Plaintiff

Dated: July 21, 2006                    /s/ Mark F. Haslem
                                              Mark F. Haslem (P45432)
                                              Co-counsel for Plaintiff
                                              mark@haslemlaw.com

Dated: July 21, 2006                    /s/ Mikhail Albuseiri
                                              Mikhail Albuseiri (P56529)
                                              Co-counsel for Plaintiff
                                              mail@albuseiriboerpc.com

Dated: July 21, 2006                    /s/ Karen M. Boer
                                              Karen M. Boer (P51276)
                                              Co-counsel for Plaintiff
                                              mail@albuseiriboerpc.com